# Exhibit D

**FLAWLESS IMAGE
MEDICAL AESTHETICS**

HOME     PROMOS & DEALS     SERVICES     MORE...



# Weight Loss Program
# (Semaglutide/Wegovy/Ozempic or Phentermine)

Semaglutide is a new FDA-approved weight loss treatment that has recently hit the headlines. Just like many others are discovering, this injectable may be the solution for your weight management and metabolic health.

Flawless Image is a leading provider of Semaglutide weight loss injections in Syracuse. Many patients who do not have access in Canada to these medications have come and are welcome at our office to receive treatment. Call 315-694-6243 to schedule a free consultation with our team which is overseen by board certified Dr. Phillip Din. Read on to learn about Semaglutide, also known as Wegovy and Ozempic, and how it can help you reach your weight loss goal.

## What Is Semaglutide:

Semaglutide is a novel weight loss drug with recent extensive clinical studies to prove its safety and efficacy. Specifically, it is an injectable medication sold as both Wegovy and Ozempic that increases satiety and reduces food intake. As a result, patients feel full for longer and eat less. It is not a quick fix, though. It is still up to you to make smart food choices and get moving every day.

In a 68-week medical study of 1,961 adults* living with obesity or excess weight with a related medical problem along with reduced-











## How Do Wegovy/Ozempic Work:

Wegovy/Ozempic, or Semaglutide, works by mimicking the effects of insulin. This increases satiety and reduces appetite. Semaglutide is a peptide that functions as a GLP-1 receptor agonist and acts on ghrelin receptors in the brain. Ghrelin is the hormone responsible for making us feel hungry when other hormones like leptin are not blocking it. Since Semaglutide blocks ghrelin, you feel less hungry throughout the day. Further, a typical meal take 60-90 minutes to pass through the stomach. With Semaglutide, a meal can remain in the stomach for up to 7 hours with ongoing gastric stretch and sensation of fullness.

## What Are the Benefits of Semaglutide for Weight Loss:

Semaglutide injections are an effective new treatment option for people looking to lose or maintain a healthy weight without extreme

dieting or exercise. It is a once-a-week injection that easily fits into a busy schedule. The benefits are two-fold: reduce hunger pangs and lose weight faster when combined with a low-calorie diet. Keep in mind that you must put in the work to reap optimal results from Semaglutide. Try exercising for 30 minutes every day and eating nutrient-rich foods. Empty calories make it harder to achieve your desired weight goal.

## What Are Semaglutide Results Like:

Weight loss with Semaglutide, Wegovy is a long-term solution. It takes hard work, discipline, and patience to lose weight—and Semaglutide is no exception. Do not expect the weight to melt away magically. Instead, think about how much you want it gone and what lifestyle changes you need to implement to make it happen. Semaglutide is just one tool that can help you on your journey toward a healthier mind and body. You can see phenomenal results if you are willing to put in the effort. But as with any medical treatment, results vary per person. On average, our patients experience losing 15% of their body weight. Some patients with persistent choices of healthier foods, ongoing appetite suppression, and regular physical activity have gone on to lose much more.

## What is the Cost of Semaglutide or Phentermine:

Semaglutide costs $435 per month for months 1-3. If a higher dose of medication is needed thereafter then typically the cost ranges between $449-$699. Often, most patients remain at the same dose as their third month and therefore the cost remains at $435 for as long as the medication is needed to achieve their target weight loss goal.

Tirzepatide (Mounjaro) is the first dual GIP/GLP-1 receptor co-agonist and has been found in studies to be even more effective with regards to weight loss and glycemic control than Semaglutide (Wegovy/Ozempic). Currently, pricing is more costly for Tirzepatide until this medication becomes more readily available.

After evaluation, Phentermine prescriptions sent from our office costs $125 per month, $220 for 2 months, or $300 for 3 months.

## Semaglutide at Flawless Image Medical Aesthetics

We offer Semaglutide weight loss treatments to help patients reach their fitness goals. Get in touch with us by calling or send a text to 315-694-6243. Schedule a consultation, where we can determine your candidacy for Wegovy and Ozempic and devise a personalized treatment plan for you. Please note, pricing of Semaglutide is subject to change based on availability and costs of medications ordered for our patients.



"I couldn't be happier with the medical weight loss program that Dr. Din provides. I achieved outstanding results far beyond my expectations. The holistic approach incorporating medical weight loss management with nutritional guidance and lifestyle changes enabled me to take the weight off and keep it off. I have been several months maintaining my goal weight and enjoying a healthier and more beautiful image of myself. Dr. Din is professional and supportive in individualizing a weight loss plan that is adaptive and realistic for compliance and success. I have recommended this program too many of my friends and encourage you to do the same!" ~Melissa K.



194lbs   159lbs

**SCHEDULE WEIGHT LOSS CONSULT ONLINE NOW**

"I am so thankful that my friend introduced me to Flawless Image and the program. I have tried everything...keto, Atkins, Paleo, you name it. I tried it with little success. With the Flawless weight loss program, I understood how to loose weight and be healthy!!! I pay attention to my eating, and make sure I drink water which really had an impact on my success. That coupled with exercise, produced wonderful results. I lost over 12 pounds the first month. My clothes are too loose & people notice the weight loss. I used to dread getting up and getting dressed because nothing fit. NOW, everything is too Big!!! I love how I look and feel and will keep the weight off because of this." **~Vanessa B.**

"I am extremely happy with Dr. Din and his staff. The friendly and efficient atmosphere made every appointment relaxing and stress-free. I was extremely pleased with the CoolSculpting and the smart lipo procedures that we've done. I dropped a whole size and lost over 25 lbs. during the last 6 months. Dr. Din's consultations on diet and nutrition are helpful and inspiring." **~Nancy R.**

"For me, weight loss wasn't just as cosmetic goal, it has been a life dream. I have lived my whole life in an overweight body. It's all I knew, and for the most part I found happiness and contentment. But, I have always wished to be in better shape; especially as I was approaching my wedding date with the love of my life. My fiancé and now wife loved me as I was, but I wished that I could be the best version of myself to start my life as a married man. Dr. Din offered me a medically assisted weight loss plan which was tailored to my needs and what I could do. My goal was to lose 15-20lbs three months before my wedding and on my wedding day I had lost almost 40. For the first time I feel like I not only have a fighting chance against obesity, but a secret weapon and an advantage. Dr. Din helped me take back control; who knows if he will ever truly know now much that means to me." **~Carl J.**



See our most recent work on Instagram

## Weightloss & Lipo

**We focus on prescription weight loss management and liposuction located at Flawless Image Med Spa. At Flawless Image, we remove fat from patients on a daily basis. We know how to get results.**





★★★★★ 9 months ago

Dr. Din does great work, he is always professional and helpful. The staff is amazing.  They are always friendly and accommodating.  I would recommend this office over any other in the area.

## Our Program

We develop a customized program using Wegovy/Ozempic or Phentermine as appetite suppressant medication which allows patients to enhance their weight loss for an extended period of time, often losing at least 20-50 pounds over the course of 3-6 months.

Dr. Din and staff will closely monitor your progress and modify the program if needed. Each patient's body changes at different rates and often times the initial plan needs to be adapted to help you keep the weight off. Results may vary but we can safely state that on average patients that follow our medical weight loss program can lose up to 10-20lbs. per month. The target is to shed 10-15 lbs. in the first month and then work to continue weight loss monthly for the recommended program duration of at least 4 months or until you reach your goal weight.

---

**SCHEDULE WEIGHT LOSS CONSULT ONLINE NOW**

Get Evaluated for Wegovy/Ozempic or Phentermine
Call/Text (315)-694-6243

Flawless Image
Medical Aesthetics
5805 Bridge Street
East Syracuse, NY 13057

# Send Us a Question/Message:

*

NAME *

First                              Last

PHONE & EMAIL *

QUESTION/COMMENT *

**Legal & Testimonial Disclaimer
Individual patient results may vary

**Please complete prior to your scheduled appointment as appropriate and directed:**



# FLAWLESS IMAGE
## MEDICAL AESTHETICS

HOME    PROMOS & DEALS    SERVICES    MORE...

SCHEDULE APPOINTMENT NOW

315-694-6243

IF YOU HAVE ANY DIFFICULTY CONTACTING US

PLEASE EMAIL US & WE WILL REPLY WITHIN 24HRS

INFO@FLAWLESSIMG.COM



MY SEMAGLUTIDE WEIGHTLOSS JOURNEY
CALL/TEXT & START TODAY !!
flawlessimagemedspa.com
Dr. Phillip Din - 315.694.6243

SEMAGLUTIDE, WEGOVY & OZEMPIC AVAILABLE NOW

TEXT US AT 315-694-6243 TO START TODAY!!



*Dr. Din is truly amazing, very attentive, insightful and knowledgeable. The wonderful nurse and staff were incredible on the visits I made to the office.* **

F.M

SCHEDULE AN APPOINTMENT NOW

EMAIL US YOUR PICS FOR A SMARTLIPO TELECONSULT

INFO@FLAWLESSIMG.COM

See our most recent work on Instagram

## Gallery





## Services We Offer:

















SCHEDULE YOUR TREATMENT NOW

EMAIL US YOUR PICS FOR A SMARTLIPO TELECONSULT

## Send Us a Question/Message:

* INDICATES REQUIRED FIELD

NAME *

First          Last

EMAIL *

PHONE NUMBER & COMMENT *

SUBMIT



**OFFICE HOURS**

| Monday | 10:00 am - 6:00 pm |
|--------|--------------------|
| Tuesday | 10:00 am - 6:00 pm |
| Wednesday | 10:00 am - 6:00 pm |
| Thursday | 10:00 am - 6:00 pm |
| Friday | 10:00 am - 6:00 pm |
| Saturday | Closed |
| Sunday | Closed |





**Please complete prior to your scheduled appointment as appropriate and directed:**



**new_patient_intake_form_.pdf**
Download File

**laser_hair_intake_form_pdf.pdf**
Download File

**skin_type_questionnaire.pdf**
Download File



**facebook**

 **Flawless Image**



to help people look and feel their

---

**Page · Medical Spa**

5805 Bridge Street, East Syracuse, NY, United States, New York

(315) 694-6243

info@flawlessimg.com

flawlessimagemedspa.com

**Open now**

Rating · 4.9 (33 Reviews)

---

**Photos**    See all photos







---

 **Flawless Image** is at **Flawless Image**.
June 6 at 12:14 PM · East Syracuse, NY · 🌐

I went from 336lbs to my lowest 221lbs and while this journey sounds like alot of work it was extremely easy. The best way to describe it is think of eating after your full. Now picture this from the moment you wake up until you go to sleep. No cravings, no suffering, no sweating and as the weight came off the more energy I got. The more energy I got the more I wanted to do. My suggestion keep it under 1000 calories which sounds hard but it is not on Wegovy and walk at least ... **See more**



**MY SEMAGLUTIDE WEIGHTLOSS JOURNEY**
**CALL/TEXT & START TODAY !!**

flawlessimagemedspa.com
Dr. Phillip Din - 315.694.6243